IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS BROWN, | ) | 4:14CV3071 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| PAUL RODREGUIEZ, Case Manager et al., | ) ) ) | |
| Defendant. | ) ) | |

  This matter is before the court for case management. On March 11, 2015, Plaintiff filed a "Motion for Leave to File an Amended Complaint" (Filing No. 23), which the court construed as a supplement to Plaintiff's original Complaint. (*See* Filing No. 24.) Upon further review of the motion, it is unclear whether Plaintiff intended the document to serve as an amended complaint or merely a *request* to file an amended complaint.

  IT IS THEREFORE ORDERED that:

  1. Within 30 days, Plaintiff must either file an amended complaint or provide written notice to the court setting forth that he intended his "Motion for Leave to File an Amended Complaint" (Filing No. 23) to serve as his amended complaint. Failure to take either action will result in the court dismissing this action without prejudice and without further notice for failure to diligently prosecute it.

2.  The clerk of the court is directed to set the following pro se case management deadline: May 22, 2015: Check for amended complaint or notice.

DATED this 20th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.